No. 94–373. WEBER v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 94–375. CITY OF CABOOL ET AL. v. CASEY. C. A. 8th Cir. Certiorari denied.

No. 94–383. STATON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–384. BERKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–387. HAKEL v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 94–397. BRADFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–403. PATTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–406. TALLEY v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 94–412. ACOSTA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–417. MORRIS v. SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.

No. 94–425. SOLOMON v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–435. AMUSO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–472. PION v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–474. HERNANDEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–496. WACHS ET AL. v. TREVINO, A MINOR, BY AND THROUGH HER NEXT FRIEND, HER GRANDMOTHER, CRUZ. C. A. 9th Cir. Certiorari denied.